United States District Court
Southern District of Texas
**ENTERED**
August 02, 2017
David J. Bradley, Clerk

| | |
|---|---|
| MICHAEL IVAN CONN, § | |
|     *Petitioner,* § | |
| § | |
| *versus* § | CIVIL ACTION 4:17-CV-00572 |
| § | |
| LORIE DAVIS, § | |
| Director of the Texas Department of Criminal § | |
| Justice - Correctional Institutions Division, § | |
|     *Respondent.* § | |

## Order of Adoption

On July 10, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 33) to which the petitioner objected (Dkt. 34). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed with prejudice. The court will issue a separate final judgment.

Signed August 1, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge